# Exhibit D



# 2017 Mid-Year Performance Review

Review Period  1/1/2017 - 6/11/2017



REVIEWER
Eric Blackwood (Manager)

## Justin Whitehead

Marketing Media Manager
Position

CONFIDENTIAL

DPS001557



## ACTION Behaviors

### Rating Scale

| Rating | Description |
| --- | --- |
| Area of Development (Comments Required) | Area of Development (Comments Required) |
| Effective | Effective |
| Strength | Strength |

**A - Accountable: Say what you're going to do and do what you say.**
- Think and act breakthrough.
- Know where the buck stops.
- Own your agenda and results.
- Grow people and improve processes through stretching goals.

| Reviewer | Rating |
| --- | --- |
| **Justin Whitehead** (Self) | Strength |
| **Eric Blackwood** (Manager) | Strength |

**C - Customer Centric: Focus on customers' and consumers' needs.**
- Know who your customer is and what their needs are.
- Reduce non-value added work and process lead time.
- Provide creative, practical solutions.

| Reviewer | Rating |
| --- | --- |
| **Justin Whitehead** (Self) | Strength |
| **Eric Blackwood** (Manager) | Strength |

**T - Transparent and Honest: Share knowledge and information; no hidden agendas.**
- Create an environment of trust.
- Have a fact base and bring solutions to discussions.
- Openly share data and information.
- Admit mistakes.
- Have a "no surprises" mindset.



| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Effective |
| **Eric Blackwood** (Manager) | Effective |

**I - Inspect What We Expect: Define your expectations; inspect progress and results.**
- Don't assume; monitor expected results with daily visual management.
- Reduce complexity in whatever you do.
- Strive for perfection through RCI.
- Build quality into and mistake-proof every process.
- Grow your people through constructive feedback.

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Effective |
| **Eric Blackwood** (Manager) | Effective |

**O - Own the Decision: Boldly and courageously make decisions with facts and input.**
- Determine root causes of issues and learn from them.
- Avoid analysis paralysis; have the courage to act.
- Think commercially and act locally.
- Commit to and execute fact-based decisions.

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Strength |
| **Eric Blackwood** (Manager) | Effective |

**N - No Blame Fixing: The solution begins with me.**
- Focus first on fixing the problem.
- Establish the facts before acting.
- Address the root cause, not the symptoms.
- Resolve challenges collaboratively.

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Strength |
| **Eric Blackwood** (Manager) | Effective |

**Comments about Action Behaviors may be entered here. Comments are required for Action Behaviors rated Area of Development.**



| Comments |
| --- |

**Justin Whitehead** (Self):

**Accountable**

Justin has effectively run point on Media for Mott's, Schweppes and local CSDs and is a trusted resource for Brand, Sales, and other cross-functional teams.  He developed and lead Media sections for 2018 Briefings with Initiative to guide planning for next year.

2016-17 Local Media ROI improved under his stewardship, with an 30% improvement in Local Digital MROI vs. prior year ($.48 vs. $.37).  He worked with Centro to reduce CPM's on 2017 campaigns to further improve MROI on future reports, and has partnered with MFA to report local results on Pandora and Music Audience Exchange in 2017.

After a year of observing DPSG's Local Media process in action, Justin has taken steps to improve and streamline the process for 2018.  Progress in this area has already been made as of mid July as partnerships with iHeartMedia and an Outdoor buying group are in the final stages.  For Digital, Justin needs to finalize which partnerships will be leveraged to achieve evolved local objectives in 2018.

**Customer-Centric**

Justin presented Local Media and Digital best practices to the CASO Sales team in February, 2017, and also lead two Audio Lunch and Learns for the Marketing team and leadership.  He has been an advocate for Digital Media to Local RSM's and key bottlers and has worked with Digital Media partners to develop solutions for leveraging local digital media for retailers.

Justin has also run point on incremental local campaigns for Sunkist and Schweppes, working closely with Shopper and National Accounts teams to develop plans that satisfied retailer objectives.

From a process perspective, he has faced challenges incorporating the new Media Ocean buying software into the overall media process, but has worked closely with the Local Buyers and CTA to ensure that necessary tasks are achieved and needs are met.  He will continue to work with CTA to solve billing process issues that Media Ocean has not streamlined effectively.

**Transparent and Honest**

Justin meets weekly with his Media Director and keeps him informed of projects, progress and any issues that arise. He also meets on a weekly basis with Mott's and Schweppes Content and Brand teams, as well as the Dr Pepper Activation team for local campaigns.

To improve collaboration between Local Buyers and the Associate Manager of Investment & Analytics, he set up weekly collaboration meetings which have lead to better communication and knowledge sharing.  This has been especially helpful on issues with Media Ocean where the team can share tips and steps to complete certain processes in that system.

**Inspect What You Expect**

Justin has focused heavily on process with respect to Local Media, and has identified additional opportunities to streamline planning/buying/billing processes moving into 2018.  He has collaborated closely with the Local Media team to identify those opportunities and solutions, and has received positive feedback from that team on his approach to helping them focus on more strategic aspects of planning moving forward.

He has presented MCA and PCA reports to brand teams and worked with the Dr Pepper Analytics Manager to develop a measurement plan for the Pick Your Pepper local campaign.  His direct report continues to grow in her position and has become more versed in a variety of Local tactics.  She has also developed great rapport with her RSM's as Justin has given



her the freedom to lead the media strategy in her markets.

One learning opportunity for Justin was that the Mott's for Tots PCA was sent out via email vs. presented in person, an approach that was aligned upon with the Brand Director due to difficult schedules and the fact that Baby Center was seen as an effective partner.  However, when Mott's for Tots sales struggled later in the year, Brand re-evaluated the PCA and found some concerning results that had not been expressly addressed previously.  Moving forward, all Analyses should be presented in person and results should be thoroughly discussed so Media and Brand/Content are in agreement on the implications and next steps.

**Own the Decision**

Justin lead 2017 media strategy development for Mott's and Schweppes Sparkling Water national media plans and the overall approach to Local CSD campaigns.  He has worked with Brand, Content and Agency teams to adjust plans on an ongoing basis based on performance or other needs (such as Mott's Q4 cuts.)  He worked with Centro to optimize targeting strategy to reach a more efficient CPM and improve MROI while still driving impact.

For the remainder of the year, Justin will be tasked with ensuring 2018 plans are developed on time and that local process changes do not hinder productivity.

**No Blame Fixing**

Justin is solutions oriented and avoids panic or frustration in the face of challenges.  He worked with the Media Ocean account team to improve the buying software's functionality for relevant DPSG needs and worked with CTA and the local buyers to adjust processes as needed to align with Media Ocean functionality.  His positive approach to challenges with the current Local media process help to minimize frustration from the buying team, and he has provided coaching to buyers in situations where delicate communication was needed.

An example of this was when the VP of CASO Sales began challenging the strategy behind some of the local buys based on which retailers were being leveraged, Justin met with him several times to educate him on Local strategy and developed additional media reference materials for RSM's to ensure everyone was on the same page.

**Eric Blackwood** (Manager):
From an ACTION behavior standpoint.  I see both Accountability and Customer Centricity as strengths of his.  He truly focuses on ensuring that he is delivering the best product possible.  Teams truly enjoy working with him and he understands who is multiple customers are on any project. Justin looks to build and customize thinking to the customer, whether that be a bottler, a brand team, or even his own team.


For opportunities, we will look for Justin to focus in 2H of 2017 on owning the decision primarily.  As part of this, making the decision and moving forward in a timely manner.  Additionally, communicating and aligning decisions appropriately.



## Rate Goals

### Rating Scale

| Rating | Description |
|--------|-------------|
| Too New To Rate | New Hire - The individual has been with the company for less than 3 months. |
| Unsatisfactory Performance | The individual's performance was consistently below expectations in the key areas of responsibility. The most critical goals were not achieved and/or the ACTION behaviors have not been effectively demonstrated. A Performance Improvement Plan (PIP) focused on short term objectives and goals, including detailed timelines, will be outlined to measure expected progress. |
| Missed Certain Goals | The individual's performance was acceptable in working towards the achievement of most key objectives while positively demonstrating our ACTION behaviors. Plans should be discussed and implemented to improve on current or future performance gaps against key objectives and goals. |
| Met Goals | The individual's performance consistently met and even at times exceeded expectations in achieving key objectives and goals through the positive demonstration of our ACTION behaviors. |
| Exceeded Goals | The individual's performance consistently exceeded expectations due to their exceptionally high quality of work performed in all areas of responsibility. The ACTION behaviors were also consistently role modeled in support of exceeding their objectives and goals. |

### 2017 Company Goal: DPS in ACTION

Continue to drive DPS in ACTION behaviors by maintaining a Level 4 in Visual Management and improving Voice of Customer by at least 2 levels from your current score.

| Start Date | Due Date | Status |
|------------|----------|--------|
| 1/1/2017 | 12/31/2017 | On Track |

**Progress**

0%

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Met Goals |

### Analytics – 10%

- Deliver 48-hour, one-week, mid-campaign and final program report on all applicable tent-pole programs for Mott's, Schweppes, and Local Media campaigns
- Create consistent delivery and tracking method across media planning and align with campaign managers.



| Start Date | Due Date | Status |
|---|---|---|
| 1/1/2017 | 12/31/2017 | On Track |

**Progress**

0%

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

## Budget Management – 5%

- Manage all brand media dollars across national with less than 2% variance and local at less than 5% variance
- Work with Finance and Budget Manager to ensure local budgets are up to date and in line with Brand Team and Media Agency expectations.

| Start Date | Due Date | Status |
|---|---|---|
| 1/1/2017 | 12/31/2017 | On Track |

**Progress**

0%

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Met Goals |

## Execution Excellence – 25%

- Serve as day to day lead for Initiative, Pandora, and Centro.
- Lead media plan execution and stewardship for assigned brands including, but not limited to: implementation, communication of plans to Brand/Content/Insights/Media team, provide launch updates and Mid/Post campaign analyses, lead and manage integrated content status meetings.
- Ensure flawless execution of 2017 Media plans for Local, Mott's, and Schweppes.
- Deliver 2018 national and local media plans for assigned brands according to their individual calendars.
- Where possible, deliver majority of Local buys by EOY.

| Start Date | Due Date | Status |
|---|---|---|
| 1/1/2017 | 12/31/2017 | On Track |

**Progress**

0%

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

CONFIDENTIAL                                                    DPS001563



## Local Media Ambassadorship – 10%

- Regularly communicate with Dr Pepper Brand, Activation and Content teams to ensure confidence in Local Media strategy and execution
- Work with MROI team to ensure comprehensive Local Media data input to MFA and improve Local Media MROI vs. 2017.
- Maintain positive relationships with Sales team and provide resources and guidance on Local Media
- Develop materials that can be shared with RSM's to educate bottlers on National Media plans and trends in media
- Lead Audio Lunch & Learn for Marketing team in Feb.

**Start Date**
1/1/2017

**Due Date**
12/31/2017

**Status**
On Track

**Progress**

0%

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

## People Coaching – 20%

- Complete all HR processes in a timely manner
- Ensure strong development plans for direct report
- Optimize individual workloads of Local Buyers with regard to brand and market responsibilities
- Motivate, inspire, engage team of Local Buyers, especially direct report
- Foster positive attitude toward local media process and ensure opportunities to learn and grow

**Start Date**
1/1/2017

**Due Date**
12/31/2017

**Status**
On Track

**Progress**

0%

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

## Strategy Development and Planning – 20%

- Engage in the commercial process to align media goals against CCS objectives for Mott's, Schweppes and DP Local
- Work with Initiative on tactical development of 2018 media plans for Mott's and Schweppes SW.  Finalize all planning and investment media phases by 12/1.
- Update Local Media strategy to ensure optimal media mix and market allocations based on current learnings and

CONFIDENTIAL

DPS001564



market dynamics in 2018
- Optimize 2018 Local Media planning process based on learnings and opportunities from 2017 Planning and Buying Process, Media Ocean, etc.
- Align 2018 Local Planning process with National timeline to complete buys and communicate to RSM's by EOY.

**Start Date**
1/1/2017

**Due Date**
12/31/2017

**Status**
On Track

**Progress**

0%

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

## Volume/Business Results – 10%

Work with brand team objectives to deliver AOP across my assigned priority brands on a local level:  Dr Pepper, Mott's, Schweppes SW

**Start Date**
1/1/2017

**Due Date**
12/31/2017

**Status**
On Track

**Progress**

0%

| Reviewer | Rating |
|----------|--------|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Met Goals |

CONFIDENTIAL

DPS001565



## Final Rating and Comments

### Rating Scale

| Rating | Description |
|---|---|
| Too New To Rate | New Hire - The individual has been with the company for less than 3 months. |
| Unsatisfactory Performance | The individual's performance was consistently below expectations in the key areas of responsibility. The most critical goals were not achieved and/or the ACTION behaviors have not been effectively demonstrated. A Performance Improvement Plan (PIP) focused on short term objectives and goals, including detailed timelines, will be outlined to measure expected progress. |
| Missed Certain Goals | The individual's performance was acceptable in working towards the achievement of most key objectives while positively demonstrating our ACTION behaviors. Plans should be discussed and implemented to improve on current or future performance gaps against key objectives and goals. |
| Met Goals | The individual's performance consistently met and even at times exceeded expectations in achieving key objectives and goals through the positive demonstration of our ACTION behaviors. |
| Exceeded Goals | The individual's performance consistently exceeded expectations due to their exceptionally high quality of work performed in all areas of responsibility. The ACTION behaviors were also consistently role modeled in support of exceeding their objectives and goals. |

### Overall Rating

| Reviewer | Rating |
|---|---|
| **Justin Whitehead** (Self) | Missed Certain Goals |
| **Eric Blackwood** (Manager) | Missed Certain Goals |

### Comments

**Justin Whitehead** (Self):

Justin recently completed one year of employment with DPSG and has taken greater control of his objectives in 2017. He launched Local plans for Dr Pepper and Schweppes and has optimized campaigns to achieve better efficiency and impact. He also launched national plans for Schweppes and Mott's in May and has provided ongoing support for the Brand teams, including the onboarding of a new Brand Manager and Content Manager on the Mott's team. He has developed strong working relationships with his Brand partners, and he continues to work closely with the Media agency to monitor and optimize Mott's and SSW plans and drive strategic thinking for future campaigns.

He has gained visibility in the company with presentations to Marketing and Sales teams, and has become a trusted resource for media knowledge and consultation. His Audio Lunch and Learn was received positively and lead to a follow-up meeting for several VPs and Directors. He also has helped educate Sales teams on Media and tagging opportunities by presenting at the CASO team off site in February and providing several reference resources and reading materials for RSMs.

His success in 2017 will be tied to his ability to establish strong Local Media vendor partnerships that produce impactful

2017 Mid-Year Performance Review
Justin Whitehead

CONFIDENTIAL

DPS001566



media campaigns which both improve MROI and streamline the DPSG Local Media process.  He will also be tasked with ensuring that National and Local campaigns for 2017 are successful through completion, and that 2018 plans are delivered in full by the end of the year.

**Eric Blackwood** (Manager):

Justin is off to a good start to his career here at DPSG.  He has been here for 1 year and during that time has been able to learn and understand the processes from both a local and national media standpoint.  He has challenged our organization to find new ways to progress our media and sought to challenge our typical conventions.  Justin has received credit within the organization for his collaborative approach to his work and has quick ingratiated himself within the Mott's and Schweppes brand teams.  On the local side, Justin has sought to educate the organization and optimize the processes around local media.   As we move into the 2H of 2017 we will challenge Justin to grow himself further as a leader within the marketing organization.  We will ask him to focus on executing the strong thinking that he has begun.  Further, we will ask him to think through how his work is communicated to the organization.

<u>**Strengths:**</u>

**A collaborative approach** is one of the areas that Justin gets significant credit for since beginning his work at DPSG.  Justin has the respect of both the brand team as well as the local team.  He seeks a collaborative thoughtful approach to projects and seeks to understand the root of challenges.  This was apparent this year in his desire to walk through and consider revamping the local media process.  Teams appreciate both the expertise he brings but also the fact that he is willing to take the time to explain complex issues.  From his 360 feedback:  "Justin has been a good teammate on the Mott's business. He is open to helping the team out when requests are asked of us (a 'why digital' sales story for example) and was a good partner in the 2018 media briefing process. Justin has a good attitude and is someone you truly enjoy working with."  Additionally, "Justin is always engaged in discussions with me and is easy to work with. We are always able to put our heads together on campaigns and find positive and constructive solutions on the smaller brands. If I ever need help with things like creative, partner feedback, or overall media plan questions, Justin is always very responsive and helpful."

**Thought Leadership.**  I appreciate that Justin does not accept good enough in his thinking.  He is constantly focused on how we make things better.  He challenged conventions on MFA and dug in deep to understand where we could improve local results.  As a result of this way of thinking, we were able to show a significant impact of local digital for the first time on CSDs this year.  It is very easy for us to think that we should continue doing local media in the same way year over year.  Justin has been unwilling to accept that and is looking to make a massive impact.  From his 360 feedback:  "Justin is a great asset to the local media team. He has done a good job of seeing the opportunity areas on the local media processes and finding ways to improve it. He is a good strategic thinker and is not afraid to think outside the box."

<u>**Opportunities:**</u>

**Influence and Framing.**  Justin effectively communicates within his working structure.  The opportunity for Justin is to think about how he communicates his thinking to the larger marketing organization.  To make real meaningful changes, it is important to influence leadership to what we are trying to do.  I want Justin to think about how he becomes a great champion for his ideas.  For any of his thinking to truly be implemented, media and marketing leadership will need to be brought along on his thinking.  A significant part of this will be how he frames his thinking.  In 2H of 2017 we will put an emphasis on framing his ideas.  This will help work closer with the Dr Pepper brand team on local as well as his national teams with Mott's and Schweppes ideas.  From his 360 feedback:  "As far as developmental opportunities- I think proactive communication could be improved overall so that media is not operating in a silo and that necessary stakeholders know

CONFIDENTIAL                                                                                    DPS001567



what's going on with in-market dates/delays, timelines, budgets, etc. I've seen a little bit more of an effort on this but would like to see even more. Opportunistically, I think there could be an opportunity for him to keep me posted on trends in media that may impact future plans (emerging ideas, etc)."

**Speed of Change**.  We would like to see Justin move faster with some of the executional elements of his thinking.  He has shown good thinking but I want him to move quicker to truly impact plans and upcoming results. A portion of this is comes down to not knowing where to go next and requiring support and coaching.  A second portion of this is for him to utilize and trust his intuition in a broader way.  Much of this will come with time for Justin, but it will be a focus of 2H of 2017 for him as we push to finalize media planning.



## Summary

### Overall Rating

**2017 Mid-Year Performance Review**
Justin Whitehead

## Missed Certain Goals



## Mid-Year Manager Signature

X Eric Blackwood
Manager

8/9/2017
Date

CONFIDENTIAL

DPS001570

Allison Kapp

Allison Kapp I have enjoyed working with Justin thus far. He is timely and keeps on top of things. He is also very reliable with responding to questions and obtaining requested information from our media partners. He manages to juggle a lot of details and keeps things straight pretty well! He is easy to work with and informal in nature. As far as developmental opportunities- I think proactive communication could be improved overall so that media is not operating in a silo and that necessary stakeholders know what's going on with in-market dates/delays, timelines, budgets, etc. I've seen a little bit more of an effort on this but would like to see even more. Opportunistically, I think there could be an opportunity for him to keep me posted on trends in media that may impact future plans (emerging ideas, etc).

7/26/2017 5:00 PM - Shared with: Only me

 Christina Brand

Christina Brand Justin has been a good teammate on the Mott's business. He is open to helping the team out when requests are asked of us (a 'why digital' sales story for example) and was a good partner in the 2018 media briefing process. Justin has a good attitude and is someone you truly enjoy working with.

8/1/2017 9:44 AM - Shared with: Only me

 Lindsey Shurtleff

Lindsey Shurtleff •        He takes the feedback that I have given into great consideration •        I've been pleasantly surprised with how quickly he has learned the ins and outs of the local media landscape •        He is excited about attending local media meetings (ie. 7UP and Squirt Brand meetings) •        He should continue to visit local markets, and present local media plans to our key stakeholders •        He should continue to learn about local media and how he can impact our key stakeholders •        He should continue to present in front of the larger marketing department, and continue to get more comfortable

8/1/2017 12:26 PM - Shared with: Only me

 Kelly Stephenson

Kelly Stephenson Justin is a great partner. I always appreciate that he is willing to do what is needed to get the job done. If he doesn't have the answers, he goes and gets them. His even-kill manner make him easy to work with and when he has a contrary opinion it doesn't come across offensive or combative. In addition he is pretty good about sticking to the facts and not letting emotion get in the way. One example is when we were planning for the 2018 media briefing. Due to the very small budgets on one of our brands, there were differing views on how to tackle the media. We could maintain what we were currently doing or narrow our focus. Justin pointed out the pros and cons of both methods and helped the team gain greater clarity on how to focus our media dollars to the agency could deliver back the best plan. Justin is good in managing media relationships. He helped the brand plan a pretty large media partnership with Meredith. The partnership include creating a lot of custom content. I was new to my role and we just hired a content manager the week prior to the first shoot. Justin attended the first shoot to help manage relationship, help the brand feel comfortable, and ensure the media partner was

DPS001571

delivering on their portion of the contract. This helped the content manger get off to a good start and built a good relationship and set expectations with the media partner for similar content development.

8/4/2017 9:02 AM - Shared with: Only me

Brit Sundberg

Brit Sundberg Among the 3 media managers, my interaction with Justin has been a little lighter. That said, he has been a strong partner and is always very responsive and helpful. Justin is always engaged in discussions with me and is easy to work with. We are always able to put our heads together on campaigns and find positive and constructive solutions on the smaller brands. If I ever need help with things like creative, partner feedback, or overall media plan questions, Justin is always very responsive and helpful.

8/4/2017 10:06 AM - Shared with: Only me

Deanna Alonso

Deanna Alonso Justin is a great asset to the local media team. He has done a good job of seeing the opportunity areas on the local media processes and finding ways to improve it. He is a good strategic thinker and is not afraid to think outside the box. Also, Justin is a good manager and always makes time to stop by my desk and check on me. He is also good at seeking the local team's opinion to make sure we are all on the same page. An opportunity area for Justin is to make sure he is communicating things that are beneficial to the rest of the team. For example, keeping the team updated on meetings he might have had that important information was discussed, or making sure the team is copied on emails/invites.

8/5/2017 8:39 AM - Shared with: Only me

Amelia Collins

Amelia Collins Justin has done a great job of continuing to bring new thought leadership to local media. I truly believe that his ideas can help reduce time spent on administrative duties such as invoicing if we are able to implement across the majority of our partners/bottlers. An opportunity area for Justin is to continue to work closely with content to ensure that that we have local creative in time for campaigns to launch– local is often an after thought and we are jumping through hoops to get what we need 2-3 weeks prior to a launch date (which is a tight turnaround in some cases for retailer approvals).

CONFIDENTIAL

DPS001572