# Exhibit E

Message

| | |
|---|---|
| **From:** | Blackwood, Eric [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1261B136FFED4E2A89F244F95C7D41FE-BLACKWOOD,] |
| **Sent:** | 9/6/2017 2:40:59 PM |
| **To:** | Whitehead, Justin [Justin.Whitehead@dpsg.com] |
| **CC:** | Christopher, Lorie [Lorie.Christopher@dpsg.com] |
| **Subject:** | RE: Recap |

Justin,

Thank you for your transparency, I appreciate your recap. As a further follow up, here is a brief recap of our discussion:

- We discussed your version of the events as you outlined below.
- I let you know that the conduct with Nancy was unacceptable under any circumstances.
- Further, I advised you that any advances towards either an employee or business contact is against our code of conduct.
- We also discussed the role that alcohol played in this incident, and I recommended to you that you not drink moving forward if this is a possible consequence.
- I recommended you not have any further contact with Nancy.
- I told you that our discussion should be considered to be a verbal warning and that if any additional information comes out about the incident we would have additional discussions.

Regards,
Eric

**From:** Whitehead, Justin
**Sent:** Wednesday, September 06, 2017 1:08 PM
**To:** Blackwood, Eric
**Subject:** Recap

Hey Eric,

I know you said you'd be recapping our conversation but since I'm not sure I did a great job of articulating everything I wanted to give a written account of what happened on Tuesday so I can make sure I am fully transparent. If you need to send this to HR as well, I understand.

On Tuesday after several drinks, I became unwelcomely physical with Nancy. This persisted throughout the night, and I was made aware that it was not welcome on more than one occasion.

This occurred around several other Initiative team members, but I had very little awareness (and no regard) to my surroundings or my behavior.

It was inexcusable and I am mortified by even the little bit I remember from that night. I was a different person. It is uncharted territory for me but I am committed to ensuring this will never happen again and am taking personal steps to preventing any possibility that it will.

Thanks again for the discussion, I am happy to chat further if needed and accept full responsibility for my actions.

Justin


Get Outlook for Android

CONFIDENTIAL

DPS000151

**Message**

**From**: Christopher, Lorie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1C762294A26C48D9BB15885035E6B79B-CHRISTOPHER]
**Sent**: 9/6/2017 3:40:46 PM
**To**: Blackwood, Eric [Eric.Blackwood@dpsg.com]
**Subject**: RE: Recap

Perfect.

---

**From:** Blackwood, Eric
**Sent:** Wednesday, September 06, 2017 2:41 PM
**To:** Whitehead, Justin
**Cc:** Christopher, Lorie
**Subject:** RE: Recap

Justin,

Thank you for your transparency, I appreciate your recap. As a further follow up, here is a brief recap of our discussion:

- We discussed your version of the events as you outlined below.
- I let you know that the conduct with Nancy was unacceptable under any circumstances.
- Further, I advised you that any advances towards either an employee or business contact is against our code of conduct.
- We also discussed the role that alcohol played in this incident, and I recommended to you that you not drink moving forward if this is a possible consequence.
- I recommended you not have any further contact with Nancy.
- I told you that our discussion should be considered to be a verbal warning and that if any additional information comes out about the incident we would have additional discussions.

Regards,
Eric

**From:** Whitehead, Justin
**Sent:** Wednesday, September 06, 2017 1:08 PM
**To:** Blackwood, Eric
**Subject:** Recap

Hey Eric,

I know you said you'd be recapping our conversation but since I'm not sure I did a great job of articulating everything I wanted to give a written account of what happened on Tuesday so I can make sure I am fully transparent. If you need to send this to HR as well, I understand.

On Tuesday after several drinks, I became unwelcomely physical with Nancy. This persisted throughout the night, and I was made aware that it was not welcome on more than one occasion.

This occurred around several other Initiative team members, but I had very little awareness (and no regard) to my surroundings or my behavior.

It was inexcusable and I am mortified by even the little bit I remember from that night. I was a different person. It is uncharted territory for me but I am committed to ensuring this will never happen again and am taking personal steps to preventing any possibility that it will.

CONFIDENTIAL

Thanks again for the discussion, I am happy to chat further if needed and accept full responsibility for my actions.

Justin

Get Outlook for Android

CONFIDENTIAL

DPS000153