# EXHIBIT C

REDACTED

**From:** Mucciarone, Nancy (NYC-INI) [mailto:nancy.mucciarone@initiative.com]
**Sent:** Tuesday, June 13, 2017 10:41 AM
**To:** Mucciarone, Nancy (NYC-INI) <Nancy.Mucciarone@initiative.com>; Haney, Aggie (NYC-INI) <Aggie.Haney@initiative.com>
**Subject:** Conversation with Mucciarone, Nancy (NYC-INI)

Mucciarone, Nancy (NYC-INI) 9:44 AM:

　　well good thing you are home today

　　there's literally no seats

Haney, Aggie (NYC-INI) 9:44 AM:

　　shut up really

　　how is this goign to fly?

　　like what do they want us to do? work in the beer garden?

Mucciarone, Nancy (NYC-INI) 9:45 AM:

　　i have no idea but tim is sitting at the high top with me and he is not pleased

Haney, Aggie (NYC-INI) 9:45 AM:

　　whos sitting in his seat

Mucciarone, Nancy (NYC-INI) 9:45 AM:



CONFIDENTIAL

1

INITIATIVE-IPG000210

elvis is over that way and someone else is next to elvis

but like elvis is sitting in a seat/section that he never sits in

i think everyone is just all moved around because of the interns probs

**Haney, Aggie (NYC-INI) 9:46 AM:**

ooohhhhh i bet it is the interns

i mean not to be mean but...interns shouldnt have seats over paid employees

**Mucciarone, Nancy (NYC-INI) 9:47 AM:**

100%

**Haney, Aggie (NYC-INI) 9:48 AM:**

we have seating issues as it is...how did Amy not think of this

**Mucciarone, Nancy (NYC-INI) 9:50 AM:**

she's a foolio

**Mucciarone, Nancy (NYC-INI) 10:25 AM:**

well

linda never showed up to our chat

**Haney, Aggie (NYC-INI) 10:25 AM:**

hahahah no way

**Mucciarone, Nancy (NYC-INI) 10:25 AM:**

yep

i sat in a conference room for 30 minutes

**Haney, Aggie (NYC-INI) 10:25 AM:**

stop it

that's really really weird

**Mucciarone, Nancy (NYC-INI) 10:26 AM:**

yeah, sent her an email, no response

**Haney, Aggie (NYC-INI) 10:26 AM:**

wwwweeeeeirrrrddddd

**Haney, Aggie (NYC-INI) 10:29 AM:**

there must be something wrong

i feel like the only think she does is make sure she goes to meetings

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

CONFIDENTIAL

INITIATIVE-IPG000211