# EXHIBIT D

| | |
|---|---|
| From: | Sirubi, Nicole (NYC-INI) <nicole.sirubi@initiative.com> on behalf of Sirubi, Nicole (NYC-INI) |
| Sent: | Thursday, August 31, 2017 2:35 PM |
| To: | Sirubi, Nicole (NYC-INI); Mucciarone, Nancy (NYC-INI) |
| Subject: | Conversation with Sirubi, Nicole (NYC-INI) |

**Sirubi, Nicole (NYC-INI) 2:13 PM:**

yeah i agree i wouldve thought he wouldve gotten really defensive of you

**Mucciarone, Nancy (NYC-INI) 2:13 PM:**

totally

it's so weird

i think im going to talk to linda

**Sirubi, Nicole (NYC-INI) 2:13 PM:**

i think you should

although she isnt really proactive about many things i think shed be proactive about that

**Mucciarone, Nancy (NYC-INI) 2:14 PM:**

i think so too

**Sirubi, Nicole (NYC-INI) 2:16 PM:**

im still like in disbelief

so i cant imagine how you feel

**Mucciarone, Nancy (NYC-INI) 2:16 PM:**

aggie said she would go to HR and say that everyone was talking about it

which it sounds like was at least partially true

**Sirubi, Nicole (NYC-INI) 2:17 PM:**

were more people talking about it then matt saying something to me?

**Mucciarone, Nancy (NYC-INI) 2:17 PM:**

tito

**Sirubi, Nicole (NYC-INI) 2:17 PM:**

i didnt think he was even there

**Mucciarone, Nancy (NYC-INI) 2:18 PM:**

i think he heard maybe?

**Sirubi, Nicole (NYC-INI) 2:18 PM:**

i feel like itd be more effective to go to linda to hr

DEFENDANT'S EXHIBIT 17 2/13/19

1

CONFIDENTIAL

INITIATIVE-IPG001614

than*

just because idk what hr is gunna do

**Mucciarone, Nancy (NYC-INI) 2:19 PM:**

yeah totally

that's my thought too

**Sirubi, Nicole (NYC-INI) 2:20 PM:**

although im very frustrated with linda m

**Mucciarone, Nancy (NYC-INI) 2:20 PM:**

why what's going on

aside from the typcial

**Sirubi, Nicole (NYC-INI) 2:20 PM:**

she missed a meeting with me for like the 20th time yesterday

**Mucciarone, Nancy (NYC-INI) 2:20 PM:**

shocking

**Sirubi, Nicole (NYC-INI) 2:20 PM:**

and i emailed her like 10 mins in to say does this time still work for you.. never got a response

**Mucciarone, Nancy (NYC-INI) 2:20 PM:**

what were you guys meeting on

**Sirubi, Nicole (NYC-INI) 2:20 PM:**

just frustrating because i know she makes time for chip

**Mucciarone, Nancy (NYC-INI) 2:21 PM:**

so frustrating, it's not fair

**Sirubi, Nicole (NYC-INI) 2:21 PM:**

just a weekly touch base that she's never actually come to

i haveen

i haven't spoken to her in 2 weeks by the end of this week

soooo

**Mucciarone, Nancy (NYC-INI) 2:21 PM:**

that's absolutely outrageous

**Sirubi, Nicole (NYC-INI) 2:23 PM:**

i know so so frustrating

2

CONFIDENTIAL

INITIATIVE-IPG001615