**EXHIBIT J**

Mucciarone000019



SETH RAFKIN

October 6, 2017

Blaise D'Sylva, Vice President Media
Dr. Pepper Snapple Group
5301 Legacy Drive
Plano, TX 75024

Re:   Notice of Legal Representation & Preservation of Evidence

Dear Mr. D'Sylva:

We represent Ms. Nancy Mucciarone, who, as you know, is an employee at Initiative. We understand that you have been made aware that Ms. Mucciarone was sexually assaulted by Justin Whitehead of Dr. Pepper Snapple Group ("DPSG") on the night of August 29, 2017 while at a work-related happy hour in New York City.

We ask that DPSG take immediate steps to preserve all information concerning the assault, DPSG's and/or Initiative's response thereto and any related communications, as well as all information related to Mr. Whitehead's employment at DPSG, including, but not limited to, any complaints or allegations of misconduct of any type by Mr. Whitehead (whether involving Ms. Mucciarone or others) and any investigation thereof.

Please note that this preservation obligation extends not only to materials in hard copy but also to electronically stored information, including, but not limited to, emails, instant messaging, texts, etc. To the extent relevant employees utilize personal smart phones or other devices for work, this preservation notice extends to all such devices. DPSG should take immediate steps to ensure that any automated or default procedures or protocols for destruction or deletion of such information are halted. Failure to do so may expose DPSG to sanctions for spoliation of evidence.

We request that you provide to this office any documents or communications related to any complaint or allegation of misconduct of any type involving Mr. Whitehead (whether concerning Ms. Mucciarone or other individuals). We understand you may wish to redact certain names at this stage.

We appreciate DPSG's prompt attention to this matter, and would appreciate DPSG's confirmation on or before October 12, 2017 that it will comply with the requests above.

Sincerely,

Seth Rafkin

cc:   Jennifer M. Bogue, Esq. (Rafkin Esq., PLLC)

1201 Sussex Turnpike, Suite 102
Randolph, New Jersey 07869



SRAFKIN@RAFKINESQ.COM
973.891.3370