# EXHIBIT M

| | |
|---|---|
| From: | Sirubi, Nicole (NYC-INI) <nicole.sirubi@initiative.com> on behalf of Sirubi, Nicole (NYC-INI) |
| Sent: | Friday, September 29, 2017 11:07 AM |
| To: | Sirubi, Nicole (NYC-INI); Mucciarone, Nancy (NYC-INI) |
| Subject: | Conversation with Sirubi, Nicole (NYC-INI) |

**Sirubi, Nicole (NYC-INI) 9:10 AM:**

lol that email we just got essentially said we can not go anywhere within the office today

**Mucciarone, Nancy (NYC-INI) 9:10 AM:**

hahaha i know

are you still working from home today

**Sirubi, Nicole (NYC-INI) 9:10 AM:**

yes!

are you?

**Mucciarone, Nancy (NYC-INI) 9:11 AM:**

i am this morning so i can get brad's slides done

then im going to go in at 10ish

**Sirubi, Nicole (NYC-INI) 9:12 AM:**

let me know if you need any help

**Mucciarone, Nancy (NYC-INI) 9:12 AM:**

k thanks!

**Sirubi, Nicole (NYC-INI) 9:43 AM:**

the 9.21 version of the 7up comms design deck is the most final version right

**Mucciarone, Nancy (NYC-INI) 9:44 AM:**

no there's a 9.26

**Sirubi, Nicole (NYC-INI) 9:44 AM:**

oh shoot i dont have that one

can you send it to me

**Mucciarone, Nancy (NYC-INI) 9:44 AM:**

hold on im trying to get these slides finished for brad/elizabeth ill send it to you in 15

is that ok

**Sirubi, Nicole (NYC-INI) 9:44 AM:**

yes!


DEFENDANT'S EXHIBIT 34 2/13/19

CONFIDENTIAL

INITIATIVE-IPG001919

i can ask g

**Mucciarone, Nancy (NYC-INI) 9:48 AM:**

can you do me a favor

**Sirubi, Nicole (NYC-INI) 9:48 AM:**

yes what's up

**Mucciarone, Nancy (NYC-INI) 9:48 AM:**

can you respond to that note from elizabeth and just tell her we'll be getting her the masterbrand stuff today

like this morning at some point

im trying to piece together brad's straetgy and it's so hard

nothing makes sense

**Sirubi, Nicole (NYC-INI) 9:49 AM:**

yup yup ill reply off of my last reply to her

**Mucciarone, Nancy (NYC-INI) 9:49 AM:**

looooveeeee you

**Sirubi, Nicole (NYC-INI) 9:53 AM:**

is it possible the 9.26 version is the 9.25 version you sent

(and then ill stop bothering you)

**Mucciarone, Nancy (NYC-INI) 9:53 AM:**

haha that's ok!

you can use the 9.25 version

but there's one bullet on the social slide that talks about SL with hispanics

just take that bullet out

and you have the most recent version

**Sirubi, Nicole (NYC-INI) 9:54 AM:**

damn i cant because its a pdg

*pdf

**Mucciarone, Nancy (NYC-INI) 9:54 AM:**

haha i can just send it to you

hold on

**Sirubi, Nicole (NYC-INI) 9:55 AM:**

dw i can wait til ur done! it doesnt matter when i send jut as long as i do this morning

**Mucciarone, Nancy (NYC-INI) 9:55 AM:**

I JUST SENT!

**Sirubi, Nicole (NYC-INI) 9:55 AM:**

CONFIDENTIAL

INITIATIVE-IPG001920

wow youre perfect

**Mucciarone, Nancy (NYC-INI) 9:55 AM:**

oops caps

**Sirubi, Nicole (NYC-INI) 9:56 AM:**

thank uuuuuuuu

dont kill me

u sent me dr pepper

you can just send when u finish dw!

**Mucciarone, Nancy (NYC-INI) 10:29 AM:**

i like actually cant with jack anymore

**Sirubi, Nicole (NYC-INI) 10:29 AM:**

what happened

i think he thinks when lindas away hes the fill in managing director

**Mucciarone, Nancy (NYC-INI) 10:30 AM:**

he just sent me and aggie an email telling us he needs us to check "all billing data ASAP this mornign before it goes out"

that would literally take days

like sorry bro i have a day job and it doesnt involve billing

**Sirubi, Nicole (NYC-INI) 10:30 AM:**

hes so dumb

i cant take him

wait can you send me the 7up deck plzz since u just sent it

sorry julies kind of on me to get it out

it as in masterbrand hahah

**Mucciarone, Nancy (NYC-INI) 10:32 AM:**

wait what do you need

i sent the deck

did you not get the 7up deck that i sent?

**Sirubi, Nicole (NYC-INI) 10:37 AM:**

you sent dr pepper

i need 7up

**Mucciarone, Nancy (NYC-INI) 10:38 AM:**

i sent 7up like an hour ago

at 9:55

3

CONFIDENTIAL

INITIATIVE-IPG001921

omg im an idiot

i sent you dp accidentally

sorry!!!

**Sirubi, Nicole (NYC-INI) 10:39 AM:**

hahaha its fine you were busy dont worry!!

**Mucciarone, Nancy (NYC-INI) 10:43 AM:**

ok im actually losing my mind

my VPN isn't working, is yours?

**Mucciarone, Nancy (NYC-INI) 10:50 AM:**

FOUND IT!!!!

STAY TUNED SNEDING NOW

**Sirubi, Nicole (NYC-INI) 11:13 AM:**

hey hey the images arent loading on the ppt you sent over...

is there any way you can send a pdf

**Mucciarone, Nancy (NYC-INI) 11:14 AM:**

the 7up one?

or the dp one?

**Sirubi, Nicole (NYC-INI) 11:14 AM:**

yeah everything has exs

7up

but if you send a pdf can you just delete the timeline slide because its outdated

11:15 AM Sirubi, Nicole (NYC-INI) asked to send you "L_448.tmp.PNG".
11:15 AM L_448.tmp.PNG was saved to C:\Users\Nancy.Mucciarone\Documents\My Received Files. It's a good idea to scan the file for viruses before you open it.

**Mucciarone, Nancy (NYC-INI) 11:15 AM:**

weird that's happening to me too now

**Sirubi, Nicole (NYC-INI) 11:15 AM:**

ughhhh

**Mucciarone, Nancy (NYC-INI) 11:15 AM:**

i just sent you a PDF but it still has the timeline in it

**Sirubi, Nicole (NYC-INI) 11:15 AM:**

thts fine whatever

**Mucciarone, Nancy (NYC-INI) 11:16 AM:**

ok im leaving my apt to go to the office now

so i can send you the one without the timeline when i get there and can get onto the server

4

CONFIDENTIAL

INITIATIVE-IPG001922

**Sirubi, Nicole (NYC-INI) 11:55 AM:**

LOL jack

just emailed me and was like jk i told u the investor relations stuff was due oct 19 but its actually due oct 9

**Mucciarone, Nancy (NYC-INI) 11:55 AM:**

STOP

omg i cant with him

if his one just is to delegate tasks and he can't even do that correctly

**Mucciarone, Nancy (NYC-INI) 12:16 PM:**

well you're lucky you're not here today

there's no seats and literally every area is reserved

i was just in the grandstand and got kicked out

so im wandering around like a homeless

**Sirubi, Nicole (NYC-INI) 12:26 PM:**

oh really ugh that sucks

LOL that linda just completely threw me under the bus thinking that this was a gate 3 meeting

**Mucciarone, Nancy (NYC-INI) 12:27 PM:**

yep

she sure did

she's insane

i cant work like this anymore

im about to quit

**Sirubi, Nicole (NYC-INI) 12:34 PM:**

im really really annoyed

**Mucciarone, Nancy (NYC-INI) 12:34 PM:**

same

and i think you should be too

**Sirubi, Nicole (NYC-INI) 12:34 PM:**

she doesnt read her emails and then pick the first person she can blame

**Mucciarone, Nancy (NYC-INI) 12:34 PM:**

yep

exactly

**Sirubi, Nicole (NYC-INI) 12:34 PM:**

i like dont even know what to do

5

Mucciarone, Nancy (NYC-INI) 12:36 PM:

  im glad brad responded

Sirubi, Nicole (NYC-INI) 12:36 PM:

  me too i said thank you

  he said he already had it typed bc he assumed shed respond that way

Mucciarone, Nancy (NYC-INI) 12:37 PM:

  wow

  i told him i almost screamed

Mucciarone, Nancy (NYC-INI) 12:51 PM:

  when is your blood work

Sirubi, Nicole (NYC-INI) 12:54 PM:

  i just had it

  i like cant put into words how frustrated i am

Sirubi, Nicole (NYC-INI) 2:01 PM:

  i hate jonathan king

  i hate everyone

Mucciarone, Nancy (NYC-INI) 2:01 PM:

  i do too

  what is Jking doing now

Sirubi, Nicole (NYC-INI) 2:03 PM:

  hes asked me 15 times to be invited to the pca calls

Mucciarone, Nancy (NYC-INI) 2:03 PM:

  aggie just told me that linda asked chip to put together his notes/follow ups from the Gate 4 meetings

Sirubi, Nicole (NYC-INI) 2:03 PM:

  there's literally 1 left

Mucciarone, Nancy (NYC-INI) 2:03 PM:

  he's so annoying

Sirubi, Nicole (NYC-INI) 2:03 PM:

  so i was like i confirmed ur on the inv

  but he keeps askign when the 7up pca is

Mucciarone, Nancy (NYC-INI) 2:03 PM:

  omg

Sirubi, Nicole (NYC-INI) 2:03 PM:

  IT ALREADY HAPPEND

6

CONFIDENTIAL

INITIATIVE-IPG001924

**Mucciarone, Nancy (NYC-INI) 2:04 PM:**

idiot

**Sirubi, Nicole (NYC-INI) 2:04 PM:**

pca means post campaign aka there are no more

**Mucciarone, Nancy (NYC-INI) 2:04 PM:**

AKA that is the LAST ONE

Jesus

ya so linda asked chip to put together notes for the gate 4 meeting that he wasnt invited to/was told there was no dial in for

**Sirubi, Nicole (NYC-INI) 2:05 PM:**

lmao I CANNOT

**Mucciarone, Nancy (NYC-INI) 2:05 PM:**

same i am actually ready to explode

**Sirubi, Nicole (NYC-INI) 2:06 PM:**

same

**Sirubi, Nicole (NYC-INI) 2:09 PM:**

i feel like we're all in a speeding driver-less car headed for the edge of a cliff

**Mucciarone, Nancy (NYC-INI) 2:09 PM:**

hahaha

yeah we really are

**Sirubi, Nicole (NYC-INI) 2:10 PM:**

what am i gunna do tomorrow without you and aggie

**Mucciarone, Nancy (NYC-INI) 2:10 PM:**

work from home

**Sirubi, Nicole (NYC-INI) 2:10 PM:**

i cant i have meetings

**Mucciarone, Nancy (NYC-INI) 2:10 PM:**

no one even knows you worked from home today

shit you do? wht meetings

**Sirubi, Nicole (NYC-INI) 2:11 PM:**

that linda probably wont even show up to

i got pulled into a bai thing

**Mucciarone, Nancy (NYC-INI) 2:11 PM:**

oh shit really

7

CONFIDENTIAL

INITIATIVE-IPG001925

what's it for

**Sirubi, Nicole (NYC-INI) 2:11 PM:**

pulling together results of a case study for dove and axe

idk linda had some convo w the ceo and he wants to see the results

also i need to work on the investor relations stuff and itll be easier to do in person

now that jack told me its due next week

**Mucciarone, Nancy (NYC-INI) 2:12 PM:**

ridiculou

i hate our team

i love our team but i hate our team

**Sirubi, Nicole (NYC-INI) 2:12 PM:**

you hate my team

**Mucciarone, Nancy (NYC-INI) 2:12 PM:**

yes

correct

actually no i love you chip and elie

**Sirubi, Nicole (NYC-INI) 2:13 PM:**

whatr you thinking for a gate 3 meeting for dr pepper

timing wise

im gunna talk to elizabeth at 4

**Mucciarone, Nancy (NYC-INI) 2:14 PM:**

end of next week?

actually maybe beginning of the following week

**Sirubi, Nicole (NYC-INI) 2:15 PM:**

so can we do a meeting with linda end of next week

and with elizabeth beginning of following?

**Mucciarone, Nancy (NYC-INI) 2:17 PM:**

yep that works

**Sirubi, Nicole (NYC-INI) 2:18 PM:**

ill do next thurs with linda

**Sirubi, Nicole (NYC-INI) 2:23 PM:**

also heads up i need to put a call with trg / deutsch on the cal for dp

comms design

8

CONFIDENTIAL

INITIATIVE-IPG001926

before gate 3

so im gunna shoot for next fri

actually jk i just saw nicks out and id ont wanna do that to you

**Mucciarone, Nancy (NYC-INI) 2:25 PM:**

thank youuuuuu

love youuuuuu

**Mucciarone, Nancy (NYC-INI) 3:25 PM:**

sooo

should we send to elizabeth

orrrrrrr

**Sirubi, Nicole (NYC-INI) 3:44 PM:**

i was just going to say that

im talking to her at 4

i can explain to her that linda wants to see it

like should i

**Mucciarone, Nancy (NYC-INI) 3:45 PM:**

you can say that but also tell her you'll send it through to her so she has it

because liek..she needs it

elie was lookign for you FYI

**Sirubi, Nicole (NYC-INI) 4:28 PM:**

I hope its v clear to linda that we have plenty of pre meetings for dr pepper now

**Mucciarone, Nancy (NYC-INI) 4:28 PM:**

i mean this is absurd

**Sirubi, Nicole (NYC-INI) 4:28 PM:**

we literally have 3 meetings before sharing with blaise

**Mucciarone, Nancy (NYC-INI) 4:28 PM:**

yep

sooo many meetings

and i bet she doesnt show up to the first

**Sirubi, Nicole (NYC-INI) 4:29 PM:**

i mean sorry now its on her calendar if she doesnt show up and give feedback elizabeth already wanted to have the meeting the following monday so wer having it

**Mucciarone, Nancy (NYC-INI) 4:30 PM:**

yep 100%

9

im over her

**Mucciarone, Nancy (NYC-INI) 4:59 PM:**

ok i gotta get to my rehearsal dinner

good news though, i'll be in tomorrow

**Sirubi, Nicole (NYC-INI) 5:00 PM:**

oh my gosh have so much fun!!

wait why

**Mucciarone, Nancy (NYC-INI) 5:00 PM:**

and so will aggie

**Sirubi, Nicole (NYC-INI) 5:00 PM:**

dont come in

**Mucciarone, Nancy (NYC-INI) 5:00 PM:**

because tim wanted to have a meeting today at 5

but i was like uhh i have wedding stuff i cant

and he was like ok tomorrow at 930

i just want to get it over with so i was like sure ill come on

in**

**Sirubi, Nicole (NYC-INI) 5:00 PM:**

just leave at like 12

**Mucciarone, Nancy (NYC-INI) 5:00 PM:**

and aggie said she would too

yeah that's what im thinking

**Sirubi, Nicole (NYC-INI) 5:01 PM:**

thats annoyign though im sorry

**Mucciarone, Nancy (NYC-INI) 5:01 PM:**

the ceremony starts at 6 so i need to get ready at like 330 to be there on time

**Sirubi, Nicole (NYC-INI) 5:01 PM:**

you should just wfh for the afternoon

**Mucciarone, Nancy (NYC-INI) 5:01 PM:**

yeah i probably will

but i will see you in the morning!!

**Sirubi, Nicole (NYC-INI) 5:01 PM:**

yayyyyyy

**Mucciarone, Nancy (NYC-INI) 5:01 PM:**

CONFIDENTIAL

INITIATIVE-IPG001928

im not bringing my comp so will you text me if anyone freaks out about anything

**Sirubi, Nicole (NYC-INI) 5:01 PM:**

yes!

**Mucciarone, Nancy (NYC-INI) 5:02 PM:**

haha thank you

**Sirubi, Nicole (NYC-INI) 5:02 PM:**

i have a feeling linda may that brad already sent

but like sorry

**Mucciarone, Nancy (NYC-INI) 5:02 PM:**

yep

but what are we going to do yanno

totally

ok xoxoxox

**Mucciarone, Nancy (NYC-INI) 10:27 AM:**

i probably cant join this TRG meeting today

but it should really be a conversation between TRG and society

**Sirubi, Nicole (NYC-INI) 10:53 AM:**

okeeee thats fine

**Mucciarone, Nancy (NYC-INI) 10:53 AM:**

thank youuuuu

im probably leaving soon

**Sirubi, Nicole (NYC-INI) 10:54 AM:**

leave now

**Mucciarone, Nancy (NYC-INI) 10:54 AM:**

hahaha

i really should

CONFIDENTIAL

INITIATIVE-IPG001929