# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
LAlmon@seyfarth.com

August 30, 2019

**VIA ECF AND FEDEX**

Hon. P. Kevin Castel, U.S.D.J.
US District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      **Re:**   *Mucciarone v. Dr Pepper Snapple Group, Inc., et al.*
               **Civ No.: 1:18-cv-00567-PKC (S.D.N.Y.)**

Dear Judge Castel:

      Pursuant to Local Rule 1.4, Defendant Dr Pepper Snapple Group, Inc. ("Defendant" or "Dr Pepper") wishes to move for an order withdrawing Kaitlyn F. Whiteside as *pro hac vice* counsel of record for Defendant.

      On April 19, 2018, Kaitlyn F. Whiteside, Esq. entered her appearance *pro hac vice* on behalf of Defendant (ECF No. 22). Her last day of employment at Seyfarth Shaw LLP will be on August 30, 2019. Upon her anticipated withdrawal, I will continue to represent the Defendant in this matter. Attached hereto as Exhibit A is the Affidavit of Kaitlyn F. Whiteside, Esq. in support of Defendant's Motion for Withdrawal. Attached hereto as Exhibit B is a Proposed Order for Your Honor's consideration.

      A true and correct copy of this letter and the accompanying exhibits will be served upon a representative of Defendant by email, and counsel of record for all parties via ECF.

ATLANTA   BOSTON   CHICAGO   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MELBOURNE   NEW YORK   SACRAMENTO   SAN FRANCISCO   SHANGHAI   SYDNEY   WASHINGTON, D.C.



Thank you for Your Honor's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lorie E. Almon*

Lorie E. Almon

Encl.

cc:  All Counsel of record (via ECF)

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK