# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| NANCY MUCCIARONE, | No. 1:18-cv-00567 (PKC) |
| Plaintiff, | |
| - against - | **AFFIDAVIT OF KAITLYN F. WHITESIDE, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL** |
| INITIATIVE, INC., INTERPUBLIC GROUP, DR PEPPER SNAPPLE GROUP, INC., and JUSTIN WHITEHEAD, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KAITLYN F. WHITESIDE, ESQ. pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am an associate of the law firm of Seyfarth Shaw LLP. I respectfully submit this Affidavit pursuant to Local Civil Rule 1.4 of this Court in support of the motion for withdrawal of myself as counsel of record for Defendant Dr Pepper Snapple Group, Inc in the above-captioned action.

2. Defendant gives notice that I will no longer act as its counsel in this cases, as I will be leaving Seyfarth Shaw LLP on August 30, 2019.

3. I am not asserting a retaining or charging lien.

4. On February 27, 2018, Plaintiff filed a Complaint in the instant action (ECF No. 8). On April 10, 2018, Lorie E. Almon appeared as counsel on behalf of Defendant Dr Pepper Snapple Group, Inc. (ECF No. 18). Subsequently, by Order dated April 20, 2018, I appeared *pro hac vice* on behalf of Defendant (ECF No. 23). On June 11, 2019, in accordance with the Court's May 2, 2019 Order (ECF No. 46) following the Pretrial Conference, Defendant served Plaintiff with its Motion for Summary Judgment (the "Motion"). By July 2, 2019, Plaintiff filed her response in opposition to Defendant's Motion for Summary Judgment (ECF No. 63) and on July

16, 2019, Defendant filed its reply (ECF No. 72). The Court has yet to rule on Defendant's Motion for Summary Judgment.

6.  This withdrawal of counsel will not cause any undue delay or prejudice any of the parties. I therefore respectfully request that the Court approve the Proposed Order withdrawing my appearance as counsel for Defendant from this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Kaitlyn F. Whiteside, Esq.
Seyfarth Shaw LLP
620 Eighth Ave., 32nd Fl.
New York, NY 10018
(212 218-5500
kwhiteside@seyfarth.com

Subscribed and sworn to before me, a notary public, on this 28th day of August, 2019.

Notary Public

CRAIG DAVIS
NOTARY PUBLIC, STATE OF NEW YORK
# 01DA6319867
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES FEBRUARY 23, 2023

2

58788627v.258788627v.1