UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X

NANCY MUCCIARONE,

    Plaintiff,

 - against -

INITIATIVE, INC., INTERPUBLIC GROUP,
DR. PEPPER SNAPPLE GROUP, INC., and
JUSTIN WHITEHEAD,
    Defendants.
---------------------------------- X

No. 1:18-cv-00567 (PKC)

[PROPOSED] ORDER
GRANTING DEFENDANT'S
MOTION FOR WITHDRAWAL
OF COUNSEL

 Defendant Dr Pepper Snapple Group, Inc. having made a motion before this Court, pursuant to Local Civil Rule 1.4, for an Order that Kaitlyn F. Whiteside, Esq. be withdrawn as counsel for Defendant in the above-captioned action, and the Court having considered the papers submitted in support of said motion, and for good cause shown;

 IT IS HEREBY ORDERED AND ADJUDGED, that the motion is GRANTED; and that the hereby withdrawn as counsel of record for Defendant. Defendant will continue to be represented by Laure E. Almon, Esq. at the law firm Seyfarth Shaw LLP.

Dated: 9-2-19

SO ORDERED:

_____
HON. P. KEVIN CASTEL, U.S.D.J.

58787313v.1