UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY MUCCIARONE,

                Plaintiff,                              18 **CIVIL** 567 (PKC)

      -against-                                    **JUDGMENT**

INITIATIVE, INC., INTERPUBLIC GROUP,
JUSTIN WHITEHEAD and DR PEPPER
SNAPPLE GROUP, INC.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 10, 2020, Defendants' motions for summary judgment are granted.

**Dated:** New York, New York
          September 8, 2020

                                                        **RUBY J. KRAJICK**
                                                     _____
                                                           **Clerk of Court**
                                   **BY:**
                                                           _____
                                                           **Deputy Clerk**