UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NANCY MUCCIARONE,

                Plaintiff,                      18-cv-567 (PKC)

    -against-

                                                     ORDER

INITIATIVE, INC., INTERPUBLIC GROUP,
JUSTIN WHITEHEAD and DR PEPPER
SNAPPLE GROUP, INC.,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court inadvertently directed the Clerk to enter Judgment and close this case. However, the claims before this Court have not been finally adjudicated because Mucciarone's claims of battery and assault against Whitehead, Counts V and VI, respectively, remain pending. The Judgment entered September 8, 2020 is VACATED.

        SO ORDERED.

                                                               P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
           September 9, 2020